UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD CARR,<br><br>    Petitioner,<br><br>v.<br><br>JAMES ROBERTSON, Warden,<br><br>    Respondent. | Case No. CV 19-10248-JFW (PD)<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and the Supplemental Statement of Decision issued by the Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and the Supplemental Statement of Decision and adopts them as its own findings and conclusions. Accordingly, the Petition is dismissed with prejudice.

Further, for the reasons stated in the Amended Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: July 13, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE