**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD CARR, | Case No. CV 19-10248-JFW (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES ROBERTSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 13, 2021.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE